15 So.2d 918

**Ex parte James Howard BLUE.**

**6 Div. 203.**

Supreme Court of Alabama.

Nov. 6, 1943.

Horace C. Wilkinson, of Birmingham, G. P. Benton, of Fairfield, and George Ross, of Bessemer, for petitioner.

Arthur Green, Sol., of Bessemer, for re-spondent.

PER CURIAM.
Rule nisi denied.
All the Justices concur.